**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FELIX KARTTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21-cv-03310 |
| ) | |
| TREVOR DAVIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL**

Defendants, Trevor Davis ("Davis"), Counteraction, LLC ("Counteraction"), and ToSomeone, Inc. ("ToSomeone") ("Defendants"), and Plaintiff, Felix Kartte ("Kartte"), by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted in this action, including but not limited to the claims asserted in Plaintiff's Complaint filed December 18, 2021 (ECF No. 1), Amended Complaint filed January 23, 2022 (ECF No. 3), and Second Amended Complaint filed March 8, 2022 (ECF No. 9), and Defendants' Counterclaim filed May 20, 2022 (ECF No. 22), with prejudice, each party to bear his or its own costs and expenses, including attorney's fees.

DATED: June 29, 2022                                 Respectfully submitted,

/s/ D. Jack Blum
D. Jack Blum (D.C. Bar No. 1027170)
POLSINELLI PC
1401 I ("Eye") Street, N.W., Suite 800
Washington, DC 2005
202.772.8483 | Telephone
202.783.3535 | Facsimile
jack.blum@polsinelli.com

*Counsel for Defendants*

2

        /s/ J. Michael King
        J. Michael King, Esq. (D.C. Bar No. 988456)
        Peter C. Hansen, Esq. (D.C. Bar No. 459982)
        Law Offices of Peter C. Hansen, LLC
        1725 I Street, NW, Suite 300
        Washington, D.C. 20006
        202.349.3907 | Telephone
        202.349.3915 | Facsimile
        mking@peterhansenlaw.com
        phansen@peterhansenlaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(m)

I hereby certify that I discussed the substance of this Stipulation with Plaintiff's counsel of record prior to filing it and Plaintiff's counsel has joined in the filing of the Stipulation.

/s/ D. Jack Blum
D. Jack Blum, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, a copy of the foregoing was served through the Court's CM/ECF system to:

J. Michael King, Esq.
Peter C. Hansen, Esq.
Law Offices of Peter C. Hansen, LLC
1725 I Street, NW, Suite 300
Washington, D.C. 20006

/s/ D. Jack Blum
D. Jack Blum, Esq.