UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX KARTTE,**<br><br>　Plaintiff,<br><br>　v.<br><br>**TREVOR HUGH DAVIS,** *et al.*,<br><br>　Defendants. | Civil Action No. 21-3310 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that the parties' Motion to Seal is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  July 22, 2022

1